PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Francis Hidalgo      Cr.: 21-00024-001
     PACTS #: 2914843

Name of Sentencing Judicial Officer:    THE HONORABLE JOHN F. KEENAN
     UNITED STATES DISTRICT JUDGE (SD/NY)

Name of Assigned Judicial Officer:    THE HONORABLE SUSAN D. WIGENTON
     UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/13/2013

Original Offense:   Conspiracy to Commit Access Device Fraud, 18 U.S.C. § 1029(b)(2)
     Theft of Public Funds, 18 U.S.C. § 641
     Conspiracy to Distribute and Possess Marijuana Plants, 21 U.S.C. § 841(b)(1)(B) and 21 U.S.C. § 846

Original Sentence: 78 months imprisonment, 4 years supervised release

Special Conditions: New Debt Restriction, Search and Seizure, and $557,816 in Restitution

Type of Supervision: Supervised Release      Date Supervision Commenced: 11/24/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Failure to satisfy restitution. |

U.S. Probation Officer Action:

Throughout his term of supervised release, Hidalgo has paid $57,030.86 towards his restitution. His supervision is due to expire on November 23, 2021, with an outstanding restitution balance of $500,785.14. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of his earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgement, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Prob 12A – page 2
Francis Hidalgo

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By:   ELISA MARTINEZ
Supervising U.S. Probation Officer

/ kam

PREPARED BY:

*Kelly A. Maciel*            *08/18/2021*
KELLY A. MACIEL              Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] Allow Supervision to Expire as Scheduled on November 23, 2021 (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Signature of Judicial Officer

August 18, 2021
Date